Charles Nagide,
dba On Your Mark Corporation
aka On Your Mark Rentals, Inc.
6138 Franklin Avenue, # 112
Hollywood, CA 90028



FILED
2012 OCT 24 PM 1:07
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE RESIDENTIAL COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>ON YOUR MARK RENTALS, INC;<br>CHARLES NAGIDE as an Individual,<br>and dba ON YOUR MARK CORPORATION<br><br>Defendant(s) | **CV12-9142-SJO (SSx)**<br>CASE NO.<br><br>**NOTICE OF REMOVAL UNDER<br>28 U.S.C., section 1441** |

To the clerk of the United States District Court for the Central District of California.

Please take notice that the Defendant, Charles Nagide, dba "On Your Mark Corporation", aka "On Your Mark Rentals, Inc.", hereby removes to this court the state court action described below:

Defendant Charles Nagide hereby gives notice that this action is removed to the

United States District Court for the Southern District of California from the Superior Court,

110 North Grand Avenue, Los Angeles, CA, 90012, in the county of Los Angeles, CA.

Pursuant to 28 U.S.C., section 1441, Defendant further states as follows:

That defendant is named as the defendant in a civil action filed in the Superior Court,

110 North Grand Avenue, Los Angeles, CA, 90012..

Titled "Alliance Residential Company vs. Charles Nagide as an Individual, et al",

said case is:   Case No. 12 – U – 11005.

The above referenced action was commenced by Plaintiff when Plaintiff filed a

Summons and Complaint in the state court, case # 12 – U – 11005,

entitled "Alliance Residential Company vs. Charles Nagide as an Individual, et al".

Defendant was served with the Complaint after its filing on August 23rd, 2012.

Defendant has not filed pleadings in the state court action, other than to effect

an answer to the Complaint to Unlawful Detainer as deemed necessary.

The following activity of said case is attached hereto and incorporated herein by

reference:

Exhibit A:

Complaint for Unlawful Detainer, filed 08/23/2012.

Exhibit B:   Writ of Execution, issued 10/16/2012.

Exhibit C:   Notice to Vacate, issued 10/19/2012. / APPEAL.

The above mentioned is a civil action of which this court has jurisdiction under 28

U.S.C., section 1443 (1):  Denial of due process in Unlawful Detainer -- Eviction after

foreclosure and / or rental lease and ejectment (Applicable, alternatively, to a rental unit),

in that the rules of evidence and civil procedure are applied without equal protection.

The amount in controversy includes up to, but is not limited to, an actuary

that could exceed $75,000, if so determined by plaintiff, per additional actions.

Therefore, this is a civil action over which this court has original jurisdiction and the

action is removable to this court pursuant to 28 U.S.C., section 1441(a) and 1446.

Pursuant to the aforementioned, above, the facts of the case are as follows:

A. Plaintiff claims to be the owner of the real property that Defendant lives in as of the time

of the Unlawful Detainer case filing in August, 2012, per the subject property located at

6138 Franklin Avenue, # 112, Hollywood, CA, 90028, county of Los Angeles, and

seeks to evict Defendant from the real property.

However, no landlord/tenant relationship exists between Plaintiff and Defendant.

Further, plaintiff is claiming that possession to property referenced above was extinguished by

a Writ of Possession, however, plaintiff is not a bona fide purchaser, or subsequent

purchaser. to the property.

Whereby,

Plaintiff, or plaintiff's attorney, is not proceeding in the manner required by the

Code of Civil Procedure, and particularly the rules in evidence that state:

viz., Code of Civil Procedure section 128.7 provides that when an attorney or party

presents a pleading, motion, or similar paper to the court, an implied "certification" as to its

legal and factual merit is made, and is subject to sanctions for violation of this certification.

Defendant has been stonewalled while trying to bring this and other facts to the court's

attention, as plaintiff has sought judgment against the Defendant, even while Defendant

was still seeking resolution with plaintiff.

Plaintiff therefore has, in effect, used its knowledge of the law attempting to prevent Defendant from fully and accurately presenting his case.

Defendant is, therefore, being denied his due process right and equal protection under the 14th Amendment to protect his tenancy.

B. Further, the rules of evidence prohibit, under objection, evidence from being admitted without authentication, and personal knowledge. Defendant's (Including the one subject of this removal) rights to equal protection under the law are non-existent in state court unlawful detainer actions.

Therefore, the actions of Counsel for Plaintiff, and the State Court is depriving Defendant of due process of law in that he is being dispossessed of his property, in noncompliance with the express language of the aforementioned referenced statute. The State Court could easily be backed by the appellate department thereby forcing Defendant to continue to fight for his property from outside of his home.

WHEREFORE, Defendant prays that the above action now pending in the Superior Court, 110 North Grand Avenue, Los Angeles, CA, 90012, and bearing case No. 12 – U - 11005, be removed to this court.

Dated:   10/22/2012

_____
Charles Nagide
dba On Your Mark Corporation
aka On Your Mark Rentals, Inc.

( Defendant, In Pro Per )

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Chris Evans, SBN 202135<br>Kimball, Tirey & St. John LLP<br>555 South Flower Street, Suite 3400    JESSICA S. WEISMAN<br>Los Angeles, CA 90071                          SBN 254707<br>TELEPHONE NO.: (213) 337-0050   FAX NO. (Optional): (213) 337-0080<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
   STREET ADDRESS: 110 NORTH GRAND AVE.,
   MAILING ADDRESS:
   CITY AND ZIP CODE: LOS ANGELES, CA 90012
   BRANCH NAME: LOS ANGELES / CENTRAL DISTRICT

PLAINTIFF: ALLIANCE RESIDENTIAL COMPANY

DEFENDANT: On Your Mark Rentals, Inc; Charles Nagide as an individual and dba on Your Mark Corporation

[X] DOES 1 TO 10 inclusive

**COMPLAINT - UNLAWFUL DETAINER***
[X] COMPLAINT   [ ] AMENDED COMPLAINT (Amendment Number): _____

CASE NUMBER:

Jurisdiction (check all that apply):
[X] ACTION IS A LIMITED CIVIL CASE
   Amount demanded   [X] does not exceed $10,000
                    [ ] exceeds $10,000 but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
   [ ] from unlawful detainer to general unlimited civil (possession not in issue)   [ ] from limited to unlimited
   [ ] from unlawful detainer to general limited civil (possession not in issue)     [ ] from unlimited to limited

1. PLAINTIFF (name each): ALLIANCE RESIDENTIAL COMPANY

   alleges causes of action against DEFENDANT (name each):
   On Your Mark Rentals, Inc; Charles Nagide as an individual and dba on Your Mark Corporation

2. a. Plaintiff is   (1) [ ] an individual over the age of 18 years.   (4) [ ] a partnership.
                     (2) [ ] a public agency.                          (5) [X] a corporation.
                     (3) [ ] other (specify):

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
   6138 Franklin Avenue, #112
   Hollywood, Ca 90028
   County of LOS ANGELES

4. Plaintiff's interest in the premises is   [ ] as owner   [X] other (specify): Authorized Agent
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about (date): 10/23/2011            defendant (name each):
      On Your Mark Rentals, Inc; Charles Nagide as an individual and dba on Your Mark Corporation

   (1) agreed to rent the premises as a [ ] month-to-month tenancy  [X] other tenancy (specify): 1 Year
   (2) agreed to pay rent of $ 3,712.96           payable [X] monthly  [ ] other (specify frequency):
   (3) agreed to pay rent on the [X] first of the month  [ ] other day (specify):
   b. This [X] written  [ ] oral  agreement was made with
      (1) [ ] plaintiff.                               (3) [ ] plaintiff's predecessor in interest.
      (2) [X] plaintiff's agent.                       (4) [ ] other (specify):

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
UD-100 (Rev. July 1, 2005)

**COMPLAINT - UNLAWFUL DETAINER**

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166
www.courtinfo.ca.gov

Exhibit "A"

| PLAINTIFF (Name): ALLIANCE RESIDENTIAL COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): On Your Mark Rentals, Inc; Charles Nagide as an individual and dba on Your Mark Corporation | |

6. c. [X] The defendants not named in item 6a are
    (1) ☐ subtenants.
    (2) ☐ assignees.
    (3) [X] other (specify):  unknown as to Does.
  d. ☐ The agreement was later changed as follows (specify):

  e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)
  f. [X] (For residential property) A copy of the written agreement is not attached because (specify reason):
    (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) [X] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [X] a. Defendant (name each): On Your Mark Rentals, Inc; Charles Nagide as an individual and dba on Your Mark Corporation

    was served the following notice on the same date and in the same manner:
    (1) [X] 3-day notice to pay rent or quit    (4) ☐ 3-day notice to perform covenants or quit
    (2) ☐ 30-day notice to quit    (5) ☐ 3-day notice to quit
    (3) ☐ 60-day notice to quit    (6) ☐ Other (specify):
  b. (1) On (date): 07/09/2012    the period stated in the notice expired at the end of the day.
    (2) Defendants failed to comply with the requirements of the notice by that date.
  c. All facts stated in the notice are true.
  d. [X] The notice included an election of forfeiture.
  e. [X] A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)
  f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a-e and 8 for each defendant.)

8. a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) ☐ by personally handing a copy to defendant on (date):
    (2) ☐ by leaving a copy with (name or description):
        a person of suitable age and discretion, on (date):    at defendant's
        ☐ residence ☐ business AND mailing a copy to defendant at defendant's place of residence or
        (date):    because defendant cannot be found at defendant's residence or usual
        place of business.
    (3) [X] by posting a copy on the premises on (date): 7/5/2012    ☐ AND giving a copy to a
        person found residing at the premises AND mailing a copy to defendant at the premises on
        (date): 7/5/2012
        (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
        (b) [X] because no person of suitable age or discretion can be found there.
    (4) ☐ (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
    (5) ☐ (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.
  b. ☐ (Name):
    was served on behalf of all defendants who signed a joint written rental agreement.
  c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
  d. ☐ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

UD-100 [Rev. July 1, 2005]    **COMPLAINT - UNLAWFUL DETAINER**    Page 2 of 3

A - 1

| PLAINTIFF (Name): | ALLIANCE RESIDENTIAL COMPANY | CASE NUMBER |
|---|---|---|
| DEFENDANT (Name): | On Your Mark Rentals, Inc; Charles Nagide as an individual and dba on Your Mark Corporation | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. ☒ At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $ 3,400.00

11. ☒ The fair rental value of the premises is $ 123.76   per day.

12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). (State specific facts supporting a claim up to $600 in Attachment 12.)

13. ☒ A written agreement between the parties provides for attorney fees.

14. ☒ Defendant's tenancy is subject to the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage): Rent Stabilization Ordinance of the City of Los Angeles, passed April 21, 1979.

Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.

16. Plaintiff accepts the jurisdictional limit, if any, of the court.

17. PLAINTIFF REQUESTS
   a. possession of the premises.
   b. costs incurred in this proceeding:
   c. ☒ past-due rent of $ 3,400.00
   d. ☒ reasonable attorney fees.
   e. ☒ forfeiture of the agreement.
   f. ☒ damages at the rate stated in item 11 from (date): 08/01/2012   for each day that defendants remain in possession through entry of judgment.
   g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
   h. ☐ other (specify):

18. ☒ Number of pages attached (specify): 2

UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400-6415)

19. (Complete in all cases.) An unlawful detainer assistant ☒ did not ☐ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)

   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone No.:
   d. County of registration:
   e. Registration No.:
   f. Expires on (date):

Date: 08/23/2012       JESSICA S. WEISMAN
                       Bar # 254707

(TYPE OR PRINT NAME)                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 08/23/2012

                                        ▶ See Attachment
(TYPE OR PRINT NAME)                    (SIGNATURE OF PLAINTIFF)

UD-100 [Rev. July 1, 2005]              COMPLAINT - UNLAWFUL DETAINER              Page 2 of 3
ESSENTIAL FORMS™

A-2

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, Bar number and address): | FOR COURT USE ONLY |
|---|---|
| Chris Evans, SBN 202135<br>Kimball, Tirey & St. John LLP<br>555 South Flower Street, Suite 3400<br>Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 337-0050   FAX NO.: (213) 337-0080<br>E MAIL ADDRESS:<br>ATTORNEY FOR (Name): Plaintiff | |

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 110 NORTH GRAND AVE.,
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: LOS ANGELES / CENTRAL DISTRICT

PLAINTIFF: ALLIANCE RESIDENTIAL COMPANY

DEFENDANT: On Your Mark Rentals, Inc; Charles Nagide as an individual and dba on Your Mark Corporation

| WRIT OF | [ ] EXECUTION (Money Judgment)<br>[X] POSSESSION OF  [ ] Personal Property<br>[X] Real Property<br>[ ] SALE | [X] Limited Civil Case  [ ] Small Claims Case<br>[ ] Unlimited Civil Case  [ ] Other | CASE NUMBER:<br>12U11005 |

1. To the Sheriff or Marshal of the County of: LOS ANGELES
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. (Name): ALLIANCE RESIDENTIAL COMPANY
   is the [X] judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. Judgment debtor (name, type of legal entity stated in judgment if not a natural person, and last known address):
   On Your Mark Rentals, Inc
   6138 Franklin Avenue #112
   Hollywood, Ca 90028

   [X] Additional judgment debtors on next page

5. Judgment entered on (date): 10/10/12

6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ............................................. $  Possession
12. Costs after judgment (per filed order or memo CCP 685.090) .......... $  Only
13. Subtotal (add 11 and 12) ............................ $
14. Credits ........................................................ $
15. Subtotal (subtract 14 from 13) ................. $  0.00
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) .. $
17. Fee for issuance of writ ........................... $  25.00
18. Total (add 15, 16, and 17) ....................... $  25.00
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of .......... $
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) ............ $

20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

John A. Clarke

Issued on (date): OCT 1 6 2012   Clerk, by _____, Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

WRIT OF EXECUTION

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

Exhibit "B"

COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
COURT SERVICES DIVISION

# NOTICE TO VACATE

**CASE NUMBER:** 12U11005

TO: Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor.

By virtue of a **Writ of Possession of Real Property**, a copy of which is attached,

YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THE WRIT NO LATER THAN: 10/24/2012

SHERIFF'S BRANCH (Name, Address and Telephone Number)

L.A. COUNTY SHERIFF'S DEPT.
COUNTY COURT HOUSE
110 N. GRAND AVE., RM. 525
LOS ANGELES, CA 90012

LEROY D. BACA, SHERIFF

By: _____ Deputy

Date: 10/19/12

76N654E SH-CI-52 (REV. 9/94)

**NOTICE TO VACATE**

Exhibit "C"

| APP-102 | Notice of Appeal/Cross-Appeal (Limited Civil Case) |
|---|---|

Clerk stamps date here when form is filed.

Received [stamp]

### Instructions

- This form is only for appealing in a **limited civil case.** You can get other forms for appealing in criminal cases at any courthouse or county law library or online at *www.courtinfo.ca.gov/forms.*

- Before you fill out this form, read *Information on Appeal Procedures for Limited Civil Cases* (form APP-101-INFO) to know your rights and responsibilities. You can get form APP-101-INFO at any courthouse or county law library or online at *www.courtinfo.ca.gov/forms.*

- You must serve and file this form **no later than 30 days** after the trial court mails or a party serves a document called a Notice of Entry of the trial court judgment or a file-stamped copy of the judgment or 90 days after entry of judgment, whichever is earlier (see rule 8.823 of the California Rules of Court for very limited exceptions). **If your notice of appeal is late, your appeal will be dismissed.**

- Fill out this form and make a copy of the completed form for your records and for each of the other parties.

- Serve a copy of the completed form on each of the other parties and keep proof of this service. You can get information about how to serve court papers and proof of service from *What Is Proof of Service?* (form APP-109-INFO) and on the California Courts Online Self-Help Center at *www.courtinfo.ca.gov/selfhelp/lowcost/getready.htm#serving.*

- Take or mail the original completed form and proof of service on the other parties to the clerk's office for the same court that issued the judgment or order you are appealing. It is a good idea to take or mail an extra copy to the clerk and ask the clerk to stamp it to show that the original has been filed.

You fill in the name and street address of the court that issued the judgment or order you are appealing:

**Superior Court of California, County of**
Los Angeles
110 North Grand Avenue
Los Angeles, CA 90012

You fill in the number and name of the trial court case in which you are appealing the judgment or order:

**Trial Court Case Number:**
12 - U - 11005

**Trial Court Case Name:**
Alliance Residential vs. Nagide, et al

The clerk will fill in the number below:
**Appellate Division Case Number:**

### (1) Your Information

a. Name of appellant (the party who is filing this appeal):
   Charles Nagide as an individual and dba On Your Mark Rentals, Inc.

b. Appellant's contact information *(skip this if the appellant has a lawyer for this appeal):*

   Street address: 6138 Franklin Ave., # 112    Hollywood    CA    90028
   Mailing address *(if different):* N/A
   Phone: (   )    E-mail *(optional):*

c. Appellant's lawyer *(skip this if the appellant does not have a lawyer for this appeal):*

   Name: N/A    State Bar number:
   Street address:
   Mailing address *(if different):*
   Phone: (   )    E-mail *(optional):*
   Fax *(optional):* (   )

Judicial Council of California, www.courtinfo.ca.gov
New January 1, 2009, Optional Form
Cal. Rules of Court, rule 8.823

**Notice of Appeal/Cross-Appeal**
(Limited Civil Case)

APP-102, Page 1 of 3

C - 1

| Trial Court Case Name: Allied Residential vs. Nagide, et al | Trial Court Case Number: 12 - U - 11005 |

② This is (check a or b):

a. ☑ The first appeal in this case.

b. ☐ A cross-appeal (an appeal filed after the first appeal in this case (complete (1), (2), and (3)).

    (1) The notice of appeal in the first appeal was filed on (fill in the date that the other party filed its notice of appeal in this case): N/A

    (2) The trial court clerk mailed notice of the first appeal on (fill in the date that the clerk mailed the notice of the other party's appeal in this case): N/A

    (3) The appellate division case number for the first appeal is (fill in the appellate division case number of the other party's appeal, if you know it): N/A

③ **Judgment or Order You Are Appealing**

I am /My client is appealing (check a or b):

a. ☑ The final judgment in the trial court case identified in the box on page 1 of this form. The date the trial court entered this judgment was (fill in the date): 10/10/2012

b. ☐ Other:

    (1) ☐ An order made after final judgment in the case.
        The date the trial court entered this order was (fill in the date): N/A

    (2) ☐ An order changing or refusing to change the place of trial (venue).
        The date the trial court entered this order was (fill in the date): N/A

    (3) ☐ An order granting a motion to quash service of summons.
        The date the trial court entered this order was (fill in the date): N/A

    (4) ☐ An order granting a motion to stay or dismiss the action on the ground of inconvenient forum.
        The date the trial court entered this order was (fill in the date): N/A

    (5) ☐ An order granting a new trial.
        The date the trial court entered this order was (fill in the date): N/A

    (6) ☐ An order denying a motion for judgment notwithstanding the verdict.
        The date the trial court entered this order was (fill in the date): N/A

    (7) ☐ An order granting or dissolving an injunction or refusing to grant or dissolve an injunction.
        The date the trial court entered this order was (fill in the date): N/A

C - 2

| Trial Court Case Name: Allied Residential vs. Nagide, et al | Trial Court Case Number: 12 - U - 11005 |
|---|---|

### (3) *(continued)*

(8) ☐ An order appointing a receiver.
  The date the trial court entered this order was *(fill in the date):* N/A

(9) ☐ Other action *(please describe and indicate the date the trial court took the action you are appealing):*
  N/A

### (4) Record Preparation Election

*Complete this section only if you are filing the first appeal in this case. If you are filing a cross-appeal, skip this section and go to the signature line.*

*Check a or b if you are filing the first appeal in this case:*

a. ☐ I have/My client has completed *Notice Designating Record on Appeal (Limited Civil Case)* (form APP-103) and attached it to this notice of appeal.

b. ☑ I/My client will complete *Notice Designating Record on Appeal (Limited Civil Case)* (form APP-103) later. I understand that I must file this notice in the trial court within 10 days of the date I file this notice of appeal.

**REMINDER:** Except in the very limited circumstances listed in rule 8.823, you must serve and file this form no later than (1) 30 days after the trial court clerk mails or a party serves either a document called a Notice of Entry of the trial court judgment or a file-stamped copy of the judgment or (2) within 90 days after entry of judgment, whichever is earlier. If your notice of appeal is late, your appeal will be dismissed.

Date: 10/22/2012

Charles Nagide
*Type or print your name*

▶ /s/ Nagide CBN
*Signature of appellant/cross-appellant or attorney*

## PROOF OF SERVICE BY FIRST CLASS MAIL

COUNTY OF LOS ANGELES

STATE OF CALIFORNIA

I am a citizen of the United States, and a resident of Los Angeles County, CA. I am over 18 years of age, and I am not a party to the within entitled action.

On 10/23/2012,
I served a copy of the attached, "Notice of Appeal", by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail, at Hollywood, California, addressed as follows:

Kimball, Tirey, & St. John
555 South Flower Street, # 3400
Los Angeles, CA  90071

I declare, under penalty of perjury, that the foregoing is true and correct.

Signed:

Date:  10/23/2012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

## CV12- 9142 SJO (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

ALLIANCE RESIDENTIAL COMPANY

**DEFENDANTS**

CHARLES NAGIDE dba ON YOUR MARK CORPORATION, aka ON YOUR MARK RENTALS, INC.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

KIMBALL, TIREY, ST. JOHN, AAL
555 SOUTH FLOWER STREET, # 3400
LOS ANGELES, CA 90071

**Attorneys** (If Known)

DEFENDANT, IN PRO PER

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No

☐ **MONEY DEMANDED IN COMPLAINT:** $ N/A

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

CIVIL RIGHTS; REMOVAL FROM STATE COURT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☒ 290 All Other Real Property | | | | |

FOR OFFICE USE ONLY: Case Number: **CV12-9142**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | LOS ANGELES |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | LOS ANGFELES |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | LOS ANGELES |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 10/22/2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)      CIVIL COVER SHEET      Page 2 of 2